1

2          IN THE UNITED STATES DISTRICT COURT

3              FOR THE DISTRICT OF ARIZONA

4

5   Hilda L. Solis, Secretary of Labor, United)   No. CV 10-675-TUC-JGZ (JJM)
    States Department of Labor,                )
6                                              )   **ORDER**
                    Plaintiff,                 )
7                                              )
    vs.                                        )
8                                              )
                                               )
9   Sonora Environmental, L.L.C., an Arizona)
    corporation; Lee Jolley, an individual; and)
10  Sonora  Environmental,  L.L.C.  401(K))
    Profit Sharing Plan, an employee benefit)
11  plan,                                      )
                                               )
12                  Defendants.                )
                                               )
13

14          Pending before the Court is a Report and Recommendation issued by United States

15  Magistrate Judge Jacqueline Marshall that recommends entering an order of default as to

16  Defendant Jolley based on his failure to defend this matter.[1]  (Doc. 25.)

17          A review of the record reflects that the parties have not filed any objections to the

18  Report and Recommendation and the time to file objections has expired.

19          The Court has reviewed the record and concludes that Magistrate Judge Marshall's

20  recommendations are not clearly erroneous.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72;

21  *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14

22  F. Supp. 2d 1203, 1204 (D. Or. 1998).

23          Accordingly, IT IS HEREBY ORDERED as follows:

24

25  ─────────────────

26          [1] The Court reviews *de novo* the objected to portions of the Report and
    Recommendation.  28 U.S.C. §636(b)(1); FED.R.CIV.P. 72(b).  The Court review for clear
27  error the unobjected-to portions of the Report and Recommendation.  *Johnson v. Zema
    Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F.Supp.2d
28  1203, 1204 (D.Or. 1998).

1    (1) Magistrate Judge Marshall's Report and Recommendation (Doc. 25) is
2  ACCEPTED and ADOPTED.
3    (2) The Clerk shall enter an order of default against Defendant Jolley.
4    (3) Plaintiff shall submit an application for default judgment within **sixty (60) days**
5  of the filing of this Order.
6
7    Dated this 15th day of March, 2012.
8
9
10
11
12
13
14
15                              Jennifer G. Zipps
16                              United States District Judge
17
18
19
20
21
22
23
24
25
26
27
28